THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RAY HUFF, Appellant.

*People* v. *Huff*, 134 App. Div. 995, affirmed.
(Submitted December 13, 1910; decided January 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 30, 1909, affirming a judgment in favor of plain-

tiff entered upon a verdict in an action to recover a penalty for an alleged violation of the Forest, Fish and Game Law.

*Amasa J. Parker* for appellant.

*Charles P. Ryan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, CHASE and COLLIN, JJ. Dissenting: WILLARD BARTLETT, J.